UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Christopher B. Britt, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:18-cv-468 UNA |
| | ) |
| Lowe's Home Centers, LLC., | ) |
| | ) |
| Defendant. | ) |

# ORDER

The above styled and numbered case was filed on March 28, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:18-cv-00074.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-468 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 28, 2019    By: /s/ Michele Crayton
Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:18-cv-00074 SNLJ.**